**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-12042-jkf |
| Andrena L. Dixon | : Chapter 13 |
|         Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| | : |
|         Movant | : |
|    vs. | : |
| Andrena L. Dixon | : |
|         Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Andrena L. Dixon ("Debtor"), as follows:

1. As of the bankruptcy filing date of April 01, 2019, Movant holds a secured Claim against the Debtor's property located at 5943 N. 3rd Street, Philadelphia, Pennsylvania 19120.

2. On June 07, 2019, Movant filed a Proof of Claim citing a total secured claim in the amount of $87,304.38, with arrears in the amount of $20,756.55.

3. The Plan currently does not propose payment to Movant for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Dated: 07/11/2019

Respectfully submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-12042-jkf |
| Andrena L. Dixon | : Chapter 13 |
|     Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| | : |
|     Movant | : |
|   vs. | : |
| Andrena L. Dixon | : |
|     Debtor/Respondent | : |
|   and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

**<u>CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST</u>**

  I, Danielle Boyle-Ebersole, Esquire, attorney for MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/11/2019:

David A. Scholl, Esquire
Via Electronic Filing
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via Electronic Filing
*Trustee*

Andrena L. Dixon
5943 North 3rd Street
Philadelphia, PA 19120
Via First Class Mail
*Debtor*

Date: 07/11/2019

        Respectfully Submitted,
        <u>/s/Danielle Boyle-Ebersole, Esquire</u>
        Danielle Boyle-Ebersole, Esquire
        Hladik, Onorato & Federman, LLP
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone 215-855-9521/Fax 215-855-9121
        debersole@hoflawgroup.com