**Fill in this information to identify the case:**

Debtor 1  Andrena L. Dixon

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-12042-JKF

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: MTGLQ Investors, LP c/o Rushmore Loan Management Services

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 8 2 2 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 6/10/2019 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan Review | 6/10/2019 | (11) $ 350.00 |
| 12. Other. Specify: Objection to Plan | 7/12/2019 | (12) $ 500.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            page 1

| Debtor 1 | Andrena L. Dixon | Case number *(if known)* 19-12042-JKF |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Danielle Boyle-Ebersole, Esquire
Signature

Date 09/26/2019

Print: Danielle Boyle-Ebersole
First Name    Middle Name    Last Name

Title: Attorney

Company: Hladik, Onorato & Federman, LLP

Address: 298 Wissahickon Avenue
Number    Street
North Wales        PA    19454
City            State    ZIP Code

Contact phone: 215 855 9521

Email: debersole@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-12042-JKF |
| Andrena L. Dixon | : Chapter 13 |
|     Debtor | : |
| | |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
|     Movant | : |
| vs. | : |
| Andrena L. Dixon | : |
|     Debtor/Respondent | : |
| and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esquire, hereby certify that on September 26, 2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

David A. Scholl
Via ECF
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via ECF
*Trustee*

Andrena L. Dixon
5943 North 3rd Street
Philadelphia, PA 19120
Via First Class Mail
*Debtor*

        /s/Danielle Boyle-Ebersole, Esquire
        Danielle Boyle-Ebersole, Esquire
        Hladik, Onorato & Federman, LLP
        Attorney I.D. # 81747
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone 215-855-9521
        Email: debersole@hoflawgroup.com